IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KHALIL WRIGHT | : | NO. 23-336 |

# ORDER

AND NOW, this 27th day of November, 2023, upon consideration of Defendant Khalil Wright's Motion to Dismiss the Indictment (ECF No. 16), the Government's Response in Opposition and supplement submission (ECF Nos. 17 & 23), and the oral argument heard on October 26, 2023, it is hereby ORDERED that Defendant's motion is DENIED.

BY THE COURT:

_____
Hon. Mia R. Perez